**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:94cr3012 LAC

RAY ANTHONY WILLIAMS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   JULY 17, 2008

Motion/Pleadings:  MOTION TO DISMISS INDICTMENT FOR LACK OF SUBJECT MATTER JURISDICTION, CONSTRUCTIVE AMENDMENT AND "STRUCTURAL ERROR"

Filed by  DEFENDANT PRO SE     on 6/30/08     Doc.# 801

RESPONSES:

BY GOVERNMENT     on 7/16/08     Doc.# 808

                                                on     Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                      Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Untimely and without merit.*

                                                *s/L.A. Collier*

                                                *LACEY A. COLLIER*
                               *Senior United States District Judge*

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.