**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:94cr3012LAC

RAY ANTHONY WILLIAMS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on     MAY 28, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE       on 5/22/2008      Doc.# 792

RESPONSES:

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of July, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) At sentencing, the defendant was held accountable for 25 kilograms of cocaine base which ultimately resulted in a base offense level of 38.  Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

s/*L.A. Collier*
**LACEY A. COLLIER
*Senior United States District Judge***

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.