FLN (Rev. 3/2007) Deficiency Order  Page 1 of 1
3:94cr3012LAC  - UNITED STATES OF AMERICA vs. RAY ANTHONY WILLIAMS and MARTIN LUTHER WILLIAMS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    vs      Case No.3:94cr3012LAC

RAY ANTHONY WILLIAMS AND
MARTIN LUTHER WILLIAMS

_____

### ORDER

Attn: Mr. Ray Anthony Williams

Your document, **MOTION OBJECTION TO GOVERNMENT RESPONSE TO PETITIONER'S MOTION TO DISMISS INDICTMENT FOR SUBJECT MATTER JURISDICTION, CONSTRUCTIVE AMENDMENT AND STRUCTURAL ERROR DATED JULY 16, 2008**, was referred to the undersigned with the following deficiencies:

> The document does not have an original signature of Defendant Martin Luther Williams. You are not allowed to file documents on behalf of another party.

For these reasons, IT IS ORDERED that:

The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

The document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

<u>XXX</u>  The Clerk shall return the document to the filing party.

DONE and ORDERED this 1st day of August, 2008.

                                        *s/L.A. Collier*
                                        LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT JUDGE