# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                    CASE NO.  3:94cr3012 LAC

RAY ANTHONY WILLIAMS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   August 15, 2008

Motion/Pleadings:  OBJECTIONS TO THE COURT'S ORDER OF 8/1/08 and MOTION OBJECTION TO GOVERNMENT RESPOND TO PETITIONER'S MOTION TO DISMISS INDICTMENT FOR SUBJECT MATTER JURISDICTION, CONSTRUCTIVE AMENDMENT AND STRUCTURAL ERROR DATED 7/16/08

Filed by  DEFENDANT PRO SE     on 8/13/08       Doc.# 825 & 826

RESPONSES:

                                                     on       Doc.#
                                                     on       Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            *s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of August, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Motion to dismiss indictment has been denied (doc 813).*

                                            *s/L.A. Collier*
                                            ***LACEY A. COLLIER***
                                          ***Senior United States District Judge***

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____
_____

                                            Document No.