# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:94cr3012/LAC

RAY WILLIAMS,
a/k/a Ray Anthony Williams,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's response to the previous Order of the Court directing him to apprise the Court of when he delivered his notice of appeal to prison authorities for mailing, or alternatively if the notice of appeal was not timely filed, whether there exists excusable neglect or good cause to justify an extension of time.

Defendant responds that his motion to dismiss the indictment raised issues of subject matter jurisdiction and therefore may be raised at any time. It is therefore apparent that Defendant labors under the misconception that his appeal from the Court's denial of his motion could be raised at any time.

A mistake regarding the time for appeal in a criminal action does not constitute excusable neglect. *See United States v. Torres*, 372 F.3d 1159, 1163 (10th Cir. 2004); *United States v. Hooper*, 43 F.3d 26 (2d Cir. 1993); *United States v. Prairie Pharmacy, Inc.*, 921 F.2d 211 (9th Cir. 1990).

Defendant's appeal, which was taken from the Court's Order of August 15, 2008, did not arrive until September 10, 2008, the day upon which it was docketed. Based on the above, the Court finds that the Notice of Appeal was untimely filed and that no excusable neglect has been shown to justify an extension of time.

As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

**ORDERED** on this 24th day of November, 2008.

> s/ *L.A. Collier*
> Lacey A. Collier
> Senior United States District Judge